United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 22, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 03-20228
Summary Calendar

———————————

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

VIDAL MATEO, also known as Luis Feliciano

Defendant - Appellant

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-CR-521-1
--------------------

Before KING, Chief Judge, and EMILIO M. GARZA and BENAVIDES,
Circuit Judges.

PER CURIAM:[*]

    Vidal Mateo appeals his conviction for conspiracy to possess
with intent to distribute five kilograms or more of cocaine,
possession with intent to distribute more than five kilograms
of cocaine, and possession with intent to distribute more than
500 grams of cocaine.  He argues that the district court abused
its discretion by allowing the testimony of eight Government
witnesses in light of the fact that the prosecutor failed to

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

comply with discovery provisions contained in FED. R. CRIM.

PROC. 16.  He further argues that the cumulative effect of the

alleged errors warrants reversal.

Our review of the record discloses no errors that warrant

reversal.  See United States v. Doucette, 979 F.2d 1042, 1044-45

(5th Cir. 1992).  Because Mateo has shown no error, his

cumulative-error contention is without merit.  See United States

v. Neal, 27 F.3d 1035, 1052 (5th Cir. 1994).  Accordingly,

Mateo's conviction is AFFIRMED.